UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANGEL ZAMORA,<br>Plaintiff,<br>v.<br>SOCIAL SECURITY ADMINISTRATION; CESAR CORONA, an individual,<br>Defendants. | Case No. 2:26-cv-00985-CV (DSRx)<br>**JUDGMENT**<br>JS-6 |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, IT IS ADJUDGED that Judgment be entered dismissing the Complaint and entire action with prejudice.

**IT IS SO ORDERED**.

Dated: November 10, 2026

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE